UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                             :

ROBERT BARD,                      :

             :

            Plaintiff,   :
                      :                  26-CV-1212 (VSB)

        -against-     :
                      :                  **ORDER**

322 EAST 57TH STREET, INC., et al.,   :

                      :

            Defendants.   :

                      :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On April 30, 2026, the Clerk of Court issued a certificate of default as to Defendant 322 East 57th Street, Inc. (Doc. 26.) However, Plaintiff has not filed any accompanying documents seeking default judgment in accordance with my Individual Rule and Practice in Civil Cases 4(H). Accordingly, Plaintiff is ORDERED to file the required documents as set forth in Individual Rule 4(H) by May 25, 2026.

SO ORDERED

Dated:       May 11, 2026
             New York, New York

                                        Vernon S. Broderick
                                        United States District Judge