# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

June 22, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   06/22/2026
```

Via ECF
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court

    **Re:**    *Robert Bard v. 322 East 57th Street, Inc., Mr. Chow New York Enterprises, Inc.*
*and TC Ventures, LLC*

        **Docket No. 1:26-cv-01212 (VSB) (KHP)**

Dear Judge Parker:

We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn the July 1, 2026 initial conference to a date in September 2026.  The reasons for this request is because: i) the parties are currently in the process of scheduling a mediation through the SDNY Mediation Program and desire to devote their time and efforts toward a resolution (see ECF Document # 33); and ii) the landlord defendant just recently appeared in this action, vacated the default against them, and their answer is due on July 16, 2026 (see ECF Document # 37).

This is the first application to adjourn this conference and all parties consent. Thank you for your time and attention to this matter.  With kindest regards, I am

**APPLICATION GRANTED:**  The Initial Conference set for 7/1/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, September 15, 2026, at 2:00 p.m.**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
**06/22/2026**

very truly yours,

Glen H. Parker, Esq.