**THE PARKER LAW GROUP P.C.**
28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/04/2026

September 3, 2026

Via ECF
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York

**Re:** *Robert Bard v. 322 East 57th Street, Inc., Mr. Chow New York Enterprises, Inc. and TC Ventures, LLC*

**Docket No. 1:26-cv-01212 (VSB) (KHP)**

Dear Judge Parker:

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the September 15, 2026 Initial Case Management Conference to a date after October 6, 2026. The reason for this request is because the parties are currently scheduled for mediation to occur on September 29, 2026 and the parties desire to devote their time and efforts toward a resolution before engaging in discovery. This is the second application to adjourn the conference and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

**APPLICATION GRANTED: The Initial Conference set for 09/15/2026 at 2:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, October 13, 2026, at 10:30 a.m.**

**APPLICATION GRANTED**

**Hon. Katharine H. Parker, U.S.M.J.**
**09/04/2026**