USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

**THE PARKER LAW GROUP P.C.**
28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

October 5, 2026

Via ECF
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York

**Re:** *Robert Bard v. 322 East 57th Street, Inc., Mr. Chow New York Enterprises, Inc. and TC Ventures, LLC*

**Docket No. 1:26-cv-01212 (VSB) (KHP)**

Dear Judge Parker:

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the October 13, 2026 Initial Case Management Conference to a date after October 23, 2026. The reason for this request is because the parties participated in a mediation on September 29, 2026 and have scheduled a second mediation to continue the session on October 19, 2026. Accordingly, the parties desire to devote their time and efforts toward a resolution before engaging in discovery. This is the third application to adjourn the conference and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

**APPLICATION GRANTED:** **The Initial Conference set for 10/13/2026 at 10:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, December 17, 2026, at 12:30 p.m. No further adjournments. All discovery shall be completed by May 31, 2027. No more than three depositions per side. No more than 25 documents requests per side. No more than 25 requests for admission per side.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
10/06/2026