# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com


November 21, 2026

Via ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York

**Re:** *Robert Bard v. 322 East 57th Street, Inc., Mr. Chow New York Enterprises, Inc. and TC Ventures, LLC*

**Docket No. 1:26-cv-01212 (VSB) (KHP)**

Dear Judge Broderick:

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline to restore this action to January 19, 2027. The reason for this request is because the parties encountered additional issues that needed to be resolved before the settlement agreement could be finalized. The parties have just reached a resolution on those remaining issues and therefore seek an extension of time for all the parties to execute the settlement agreement and fulfill the conditions precedent for filing a stipulation of dismissal. This is the first application to extend this deadline and all parties consent. In the event that this application is not granted then plaintiff respectfully asks the Court to restore the action to the Court's docket. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/24/2026